UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BANK OF NEW YORK as Trustee
for CERTIFICATE HOLDERS CWABS,
INC. ASSET-BACKED CERTIFICATES,
SERIES 2006-BC2, *et al.*

        Plaintiffs,

                              Case No. 13-cv-11614
                              HON. GERSHWIN A. DRAIN

vs.

CINDY L. REVERE,

        Defendant.

_____/

## ORDER DENYING MOTION IN OBJECTION TO AND/OR RELIEF FROM ORDER REMANDING BACK TO STATE COURT [#5]

Presently before the Court is Defendant's Motion in Objection to and/or Relief from Order Remanding Back to State Court. On April 11, 2013, this Court remanded this action to state court because the action was improperly removed to this Court. *See* Dkt. No. 2. Therefore, this Court lacks jurisdiction to review Defendant's present motion. *See Hubbard v. Combustion Engineering, Inc.*, 794 F. Supp. 221 (E.D. Mich. 1992). "It is well-recognized that once a district court remands a case back to state court pursuant to § 1447(c), it loses jurisdiction over the action." *Id.* at 222. While there is a court-recognized narrow exception to this rule, it is inapplicable here. *Id. See* Dkt. Nos. 3 and 4.

Accordingly, Defendant's Motion in Objection to and/or Relief from Order Remanding Back to State Court [#5] is DENIED.

-1-

SO ORDERED.

Dated: January 14, 2014 /s/Gershwin A Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 14, 2014 , by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk